

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2021

No. 04-20-00583-CV

Kevin **DOTY** and Elizabeth Doty,
Appellants

v.

Richard **DAVIDSON**,
Appellees

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-15-100
Honorable Baldemar Garza, Judge Presiding

# O R D E R

The clerk's record was originally due on February 16, 2021. The trial court clerk responsible for filing the clerk's record filed a notification of late record that extended the due date to March 12, 2021. TEX. R. APP. P. 35.3(c). When neither the clerk's record nor a notification of late record was filed, the deputy clerk of this court contacted the trial court clerk and was informed the record would be filed by March 26, 2021. Despite subsequent attempts to contact the trial court clerk by the deputy clerk of this court, no further communication has ensued and the clerk's record has not been filed.

Accordingly, we ORDER the trial court clerk to file the clerk's record *within fifteen (15) days* from the date of this order. If the clerk's record is not timely filed, a show cause order will be issued. TEX. R. APP. P. 37.3(a)(1). The clerk of this court is instructed to send a copy of this order to the parties and the trial court. *Id.*

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2021.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court